1
2
3
4
5      UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
6                AT SEATTLE
7
UNITED STATES OF AMERICA,

8               Plaintiff,                Case No.  CR12-001RSL

9       v.                                ORDER STRIKING MOTION
                                          FOR STATUS CONFERENCE
10  TIMOTHY DORAN,

               Defendant.
11

12      This matter comes before the Court on Defendant's "Motion for Status Hearing
13  In Re: F.R.Cr.P 16, 41(E), 41(G)" (Dkt. # 45).  Defendant filed this request on his own
14  behalf on November 15, 2012.  However, Defendant has been represented by Nicholas
15  Marchi since April 30, 2012.  Dkt. # 31.
16      Local Civil Rule 83.2 prohibits a represented party from appearing or acting on his
17  own behalf in the case "until after the party requests by motion to proceed on his or her
18  own behalf, certifies in the motion that he or she has provided copies of the motion to
19  his or her current counsel and to the opposing party, and is granted an order of
20  substitution by the court terminating the party's attorney as counsel and substituting the
21  party in to proceed pro se."  LCR 83.2(b)(4).[1]  The Court, therefore, STRIKES
22  Defendant's motion for a status conference (Dkt. # 45).
23
24  ─────────────
25      [1] As of December 1, 2012, LCR 83.2(b) governing the withdrawal of attorneys applies
    to criminal matters.  CrR 1(a).
26  ORDER STRIKING MOTION - 1

1    DATED this 19th day of December, 2012.

2

3                                    /s/ Robert S. Lasnik
                                     _____
4                                    Robert S. Lasnik
                                     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
ORDER STRIKING MOTION - 2