NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 10 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>TIMOTHY GEORGE DORAN,<br><br>    Defendant - Appellant. | No. 14-30209<br><br>D.C. No. 2:12-cr-00001-RSL-1<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: W. FLETCHER and FISHER, Circuit Judges and WILKEN, District Judge.[*]

Appellant's motion for an extension of time to file a petition for panel rehearing and/or petition for rehearing en banc, filed October 23, 2015, is **GRANTED**. The petition is due on or before November 23, 2015.

The motion of attorney Suzanne Lee Elliott to withdraw as counsel, filed October 23, 2015, is **GRANTED**.

---

[*] The Honorable Claudia Wilken, Senior Judge, United States District Court for the Northern District of California, sitting by designation.