NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 10 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 14-30209 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00001-RSL-1 |
| v. | Western District of Washington, Seattle |
| TIMOTHY GEORGE DORAN, | ORDER |
| Defendant - Appellant. | |

Before: W. FLETCHER and FISHER, Circuit Judges, and WILKEN, District Judge.[*]

On November 24, 2015, appellant filed a motion for appointment of new counsel for purposes of pursuing a petition for rehearing under Rules 35 or 40 of the Federal Rules of Appellate Procedure. This motion is **DENIED**. In our November 10, 2015 order, we granted counsel's motion to withdraw and extended the deadline for appellant to file a pro se petition for rehearing because counsel indicated she could find no basis for filing a petition for rehearing. Given counsel's conclusion that there is no basis for filing a petition for rehearing, we

---

[*] The Honorable Claudia Wilken, Senior United States District Judge for the Northern District of California, sitting by designation.

decline to appoint counsel for that purpose. Appellant may, however, file a pro se petition for rehearing if he chooses to do so. In order to afford him ample time, the deadline for filing a petition for rehearing is hereby extended a second time. The petition for rehearing is due on or before January 15, 2016.

**IT IS SO ORDERED.**