NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 13 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 14-30209 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:12-cr-00001-RSL-1 |
| v. | Western District of Washington, Seattle |
| TIMOTHY GEORGE DORAN, | ORDER |
| Defendant - Appellant. | |

Before: W. FLETCHER and FISHER, Circuit Judges, and WILKEN, District Judge.*

Doran's motion for reconsideration and appointment of counsel, received January 11, 2016, is **DENIED**.

The deadline for filing a petition for rehearing is hereby extended a third time. The petition for rehearing is due on or before February 26, 2016. No further extensions will be granted.

**IT IS SO ORDERED.**

---

* The Honorable Claudia Wilken, Senior United States District Judge for the Northern District of California, sitting by designation.