NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 06 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>TIMOTHY GEORGE DORAN,<br><br>    Defendant - Appellant. | No. 14-30209<br><br>D.C. No. 2:12-cr-00001-RSL-1<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: W. FLETCHER and FISHER, Circuit Judges, and WILKEN, District Judge.[*]

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

Appellant's petition for rehearing en banc, filed March 9, 2016, is **denied**.

---

[*] The Honorable Claudia Wilken, Senior United States District Judge for the Northern District of California, sitting by designation.