UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 15 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. TIMOTHY GEORGE DORAN, Defendant - Appellant. | No. 14-30209 D.C. No. 2:12-cr-00001-RSL-1 U.S. District Court for Western Washington, Seattle **MANDATE** |

The judgment of this Court, entered October 23, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Craig Westbrooke
Deputy Clerk