PROB 12B
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Timothy George Doran                    **Case Number:** 2:12CR00001-001
**Name of Judicial Officer:** The Honorable Robert S. Lasnik, United States District Judge
**Date of Original Sentence:** 10/02/2014                     **Date of Report:** 03/04/2019
**Original Offense:** Failure to Register and Update Sex Offender Registration
**Original Sentence:** 99 months' custody; 5 years' supervised release
**Type of Supervision:** Supervised release                    **Date Supervision Commenced:** 12/11/2018
**Assistant United States Attorney:** Brian Werner/Andrew Friedman    **Defense Attorney:** Suzanne Lee Elliott

**Special Conditions Imposed:**

☒ Substance Abuse        ☐ Financial Disclosure        ☐ Restitution:
☒ Mental Health          ☐ Fine waived                 ☐ Community Service
☒ Other: search; Moral Reconation Therapy; and sex offender registration.

## PETITIONING THE COURT

☐ To extend the term of supervision for ___ years, for a total term of ___ years.
☒ To modify the conditions of supervision as follows:

**ADD:**

The defendant shall have no direct or indirect contact with, and shall not attempt to locate Kathryn Doran, by any means, including in person, by mail, electronic means, or via third parties, without the approval of the probation officer. If any contact occurs, the defendant shall immediately leave the area of contact and report the contact to the probation officer, within one business day.

The defendant shall reside in and satisfactorily participate in a residential reentry center program, as a condition of supervised release or probation for up to 180 days or until discharged by the Program Manager or U.S. Probation Officer. The defendant may be responsible for a 25% gross income subsistence fee.

## CAUSE

Mr. Doran's sister, Katheryn Doran, currently has legal custody of Mr. Doran's sons. There is an active no contact order, filed in Superior Court of Spokane County, ordering that Mr. Doran shall have no contact with his sister or his two sons. I have spoken to multiple individuals who stated that Mr. Doran contacted them from prison in an attempt to locate his sister and his sons. Additionally, federal law enforcement authorities have received tips from the community that Mr. Doran expressed his desire to kill his sister for taking his two sons. Mr. Doran has told me he no income and no place to live once he is released. He has agreed to the addition of both conditions and signed the attached Waiver of Hearing form.

I have notified defense counsel and the Assistant United States Attorney and they concur with the recommendation.

The Honorable Robert S. Lasnik, United States District Judge  
Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender

Page 2

March 4, 2019

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:  
Connie Smith  
Chief United States Probation and Pretrial Services Officer

Executed on this 4th day of March, 2019.

BY:

_____  
Michael S. Larsen  
United States Probation Officer

_____  
Hien Nguyen  
Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ No Action Approved  
☐ The Extension of Supervision as noted above  
☒ The Modification of Conditions as noted above  
☐ Other

_____  
Signature of Judicial Officer

March 4, 2019  
Date

PROB 49
(05/97)

# UNITED STATES DISTRICT COURT
## Western District of Washington

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I, Timothy Doran, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> The defendant shall have no direct or indirect contact with, and shall not attempt to locate Kathryn Doran, by any means, including in person, by mail, electronic means, or via third parties, without the approval of the probation officer. If any contact occurs, the defendant shall immediately leave the area of contact and report the contact to the probation officer, within one business day.

> The defendant shall reside in and satisfactorily participate in a residential reentry center program, as a condition of supervised release or probation for up to 180 days or until discharged by the Program Manager or U.S. Probation Officer. The defendant may be responsible for a 25% gross income subsistence fee.

Witness: _____   Signed: _____
                                          Probationer/Supervised Releasee

2-28-2019
Date