UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

TIMOTHY DORAN,

                Defendant.

No. CR12-01RSL

MINUTE ORDER

    The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

    An evidentiary hearing on defendant Timothy Doran's Motion to Modify Conditions of Supervised Release has been scheduled for **Wednesday, May 22, 2019 at 2:00 p.m.** in room 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

    DATED this 3rd day of May, 2019.

                                              /s/Kerry Simonds
                                              by Kerry Simonds, Deputy Clerk
                                              To Robert S. Lasnik, Judge
                                              206-370-8519

MINUTE ORDER