The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY G. DORAN,<br><br>Defendant. | NO. CR12-0001 RSL<br><br>GOVERNMENT'S EXHIBIT LIST FOR EVIDENTIARY HEARING ON CONDITIONS OF SUPERVISED RELEASE |

Comes now the United States of America, by Brian T. Moran, United States Attorney for the Western District of Washington, and Andrew C. Friedman and Brian Werner, Assistant United States Attorneys for said District, and files this Government's Exhibit List for Evidentiary Hearing on Conditions of Supervised Release.

The Government expects to introduce some or all of the following exhibits at the evidentiary hearing in this case:

1. *In re: Kathryn Doran and Timothy Doran and Thu Hong Thi Doran,* No. 13-3-02595-5, Findings of Fact and Conclusions of Law (Nonparental Custody) (Wash. Sup. Ct. Dec. 23, 2014)

2. *In re: Kathryn Doran and Timothy Doran and Thu Hong Thi Doran,* No. 13-3-02595-5, Nonparental Custody Decree (Wash. Sup. Ct. Dec. 23, 2014)

3. *Timothy Doran v. Kathryn Doran,* No. 13-3-02595-5, Motion to Modify Parenting Plan and Nonparental Custody Decree (Wash. Sup. Ct. May 18, 2018)

4. *Kathryn Doran v. Timothy Doran,* No. 13-3-02595-5, Temporary Order for Protection and Notice of Hearing (Wash. Sup. Ct. Oct. 9, 2018)

5. *Kathryn Doran v. Timothy Doran,* No. 13-3-02595-5, Order for Protection (Wash. Sup. Ct. Nov. 5, 2018)

6. *United States v. Timothy Doran*, No. CR12-0001RSL (Oct. 2, 2014)

7. Waiver of Hearing to Modify Conditions of Probation/Supervised Release (Signed February 28, 2019)

8. Incident Summary (Jan. 17, 2019)

DATED: May 21, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Andrew C. Friedman*
ANDREW C. FRIEDMAN

*/s/ Brian D. Werner*
BRIAN D. WERNER

Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Telephone:    (206) 553-7970
Facsimile:      (206) 553-0882
E-mail:           Andrew.Friedman@usdoj.gov
                       Brian.Werner@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*/s/ Elizabeth Gan*
ELIZABETH GAN
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4370
FAX:   (206) 553-2502
E-mail: Elizabeth.Gan@usdoj.gov