UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>TIMOTHY DORAN,<br><br>      Defendant. | Case No. CR12-001-RSL<br><br>ORDER ON NOTIFICATION<br>OF SUPERVISED RELEASE<br>VIOLATIONS |

This matter comes before the Court on notification of supervised release violations (Dkt. # 169) and petition for summons. Having reviewed the United States Probation Office's memorandum and petition, the Court finds as follows:

The Court has been presented with compelling information about the Defendant having committed serious criminal acts during his period of Supervised Release on this case. However, given that the Defendant will very likely be charged in state court for this fraudulent activity and given that his supervised release term is set to expire on April 3, 2024, the Court elects not to issue a warrant or summons and elects not to pursue federal sanctions against the Defendant.

DATED this 2nd day of April, 2024.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER ON NOTIFICATION OF SUPERVISED RELEASE VIOLATIONS
- 1